M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2019 NOV 21  A 11: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

__Rahsheihe Green__ )
Full name and prison name of )
Plaintiff(s) )
 )
v. )
 )   CIVIL ACTION NO. 3:19-CV-920-WHA
__Max Smith (D.A.)__ )   (To be supplied by Clerk of U.S. District
__Michael Bellamy__ )   Court)
__Essie Green__ )
__Jamie Graham__ )
 )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS

  A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

  B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☑

  C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1.  Parties to this previous lawsuit:

   Plaintiff(s) _____

   _____

   Defendant(s) _____

   _____

  2.  Court (if federal court, name the district; if state court, name the county)

   _____

   _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Russell County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Russell County

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Max Smith | |
| 2. Michael Bellamy | |
| 3. Essie Green | |
| 4. Jamie Graham | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  11-13-19

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: D.A. threatened witness with criminal charges if they didn't testify.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Essie Green (witness) told my mother (Denise Green) that the D.A. was manipulating things against me.

GROUND TWO: Essie Green gave false information under oath.

SUPPORTING FACTS: She spoke lies directed by the D.A.

GROUND THREE: Falsely imprisoned by Judge Michael Bellamy.

SUPPORTING FACTS: Guilty verdict found without supporting evidence.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want an appeal. I would like a change of venue. I'd like an investigation on unlawful practice. And I feel I'm being falsely imprisoned.

*Rahsheike Greer*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-13-19
(Date)

*Rahsheike Green*
Signature of plaintiff(s)

Rahsheike Green
P.O. Box 640
Phenix City, Al. 36868



MONTGOMERY AL 360
20 NOV 2019 PM 3 L

U.S. Middle District Court
1 Church St.
Montgomery, Al. 36104

36104-401801